UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States Courts
Southern District of Texas
FILED

APR 2 7 2016

David J. Bradley, Clerk of Court

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | CRIMINAL NO. H-14-356 S (7) |
| EDWIN JASSIEL PERALTA-CASTRO Defendant | § § | |

## SUPERSEDING INFORMATION

### COUNT ONE
(Engaging in Monetary Transactions in Property Derived from Specified Unlawful Activity)

On or about June 20, 2013, in the Southern District of Texas, the defendant,

**EDWIN JASSIEL PERALTA-CASTRO,**

did knowingly engage and attempt to engage in a monetary transaction by, through, or to a financial institution, to wit: Spring Branch Honda, Houston, Texas, affecting interstate or foreign commerce, in criminally derived property of a value greater than $10,000, that is the deposit, transfer, and exchange of U.S. currency, funds and monetary instruments, such property having been derived from a specified unlawful activity, that is, the distribution of controlled substances in violation of Title 21, United States Code, Section 841(a), for the purchase of a 2007 Honda Pilot Sport Utility Vehicle, Vehicle Identification Number (VIN) 2HKYF18547H511523.

In violation of Title 18, United States Code, Sections 1957 and 2.

KENNETH MAGIDSON

UNITED STATES ATTORNEY

By:

SHELLEY J. HICKS
Assistant United States Attorney
(713) 567-9711